HUNGARIAN GENERAL CREDIT-BANK, Respondent, *v.* EDWARD H. TITUS, Appellant.

First Department, December 8, 1916.

See head note in *Hungarian General Credit-Bank* v. *Titus (ante, p.* 504).

APPEAL by the defendant, Edward H. Titus, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 5th day of June, 1916, denying defendant's motion to compel plaintiff to reply to new matter set up in the amended answer by way of avoidance.

*Louis W. Severy,* for the appellant

*Morris Cukor,* for the respondent.

SMITH, J.:

By agreement of counsel the question involved upon this appeal is identical with that involved in another appeal in the same case from an order denying a motion to compel the plaintiff to reply to an amended answer (175 App. Div. 504).

For like reason as therein stated the order should be reversed, with ten dollars costs and disbursements, and the motion granted, without costs.

CLARKE, P. J., SCOTT, PAGE and DAVIS, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. Order to be settled on notice.